UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORI CLAYMONT,
                   Plaintiff,

-V-

SABOURIN et al
                   Defendants,

**CERTIFICATE OF MAILING**

07 CV 8246 (SAS)

*[FILED DEC 20 2007 S.D. OF N.Y. stamp]*

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

20th day of December, 2007

I served the

Summons & Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

21st day of September, 2007

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

Federal Express International Air Waybill Tracking Number:

**8611 3035 8595**

*/s/ J. Michael McMahon*
CLERK

Dated: New York, NY

# MARTELLO LAMAGNA & OLIVIERI, P.C.

ATTORNEYS AT LAW

666 Old Country Road, Ste. 210, Garden City, New York 11530

Telephone: (516) 228-3333
Telecopier: (516) 228-3339

**Long Island Office:**
Direct all replies & correspondence to Garden City Office

**Manhattan Office:**
350 Broadway, Suite 1207
New York, New York 10013
Telephone (212) 965-1066

December 17, 2007

J. Michael McMahon
Clerk of the Court
United States District Court
S.D.N.Y