UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

YEAR 2007  
07 CV 8246

LORI CLAYMONT                    Plaintiff,

And

PETER SABOURIN et al             Defendants

AFFIDAVIT OF SERVICE

I, Steve Layefsky, of the Village of Alton, in the Province of Ontario, MAKE OATH AND SAY AS FOLLOWS:

1. That I am a Process Server and have been retained to provide services for Martello LaMagna & Olivieri P.C. the Attorneys for Lori Claymont.

2. That on October 16th, 2007, I attempted to serve Sabourin and Sun Inc., Sabourin and Sun Canada Inc., Sabourin and Sun Group of Companies, and 1267146 Ontario Inc., at 3080 Yonge Street, suite 4064, Toronto, Ontario, Canada, with the Civil Cover Sheet, Court Rules, and the Summons with Complaint.

3. That I was told by the tenant of that suite, "The Licensing Shop," that he had been operating there since April of 2007, and had not association with the above companies. He had no knowledge of the above company's location, but was still receiving their mail.

4. That on October 23rd, at 3:30pm, and October 25th at 5:45 pm, I attempted to serve Patrick Keaveney at his residence at 75 Broadway Avenue, suite #807, Toronto, Ontario, Canada with no response. On October 29th, my associate David Land, attempted service at 8:55pm with no response. The Civil Cover Sheet, Court Rules and the Summons and Complaint were placed in an envelope addressed to Peter Keaveney and attached to the door. A second envelope with the above documents was mailed the next business day.

5. That on October 24th, 2007, I served Gregory D. Irwin with the Civil Cover Sheet, Court Rules and the Summons and Complaint through personal service at his address of 623 Aspen Road, Pickering, Ontario Canada.

6. That on October 30th, 2007, I served Peter W.G. Carey through personal service at his place of business at 390 Bay Street, suite 3000, Toronto, Ontario, Canada with the Civil Cover Sheet, Court Rules and the Summons and Complaint.

SWORN BEFORE ME at the
City of Toronto, this 2nd day
Of November 2007.

_____
A Commissioner, etc.

_____
STEVE LAYEFSKY



# COMISSION SERVICE INC.

Mail: P.O. Box 518　　　　　　　Courier: 5047 Black River Road　　　　Tel: (705) 645-4662
Bracebridge, Ontario P1L 1T8　　Washago, Ontario L0K 2B0　　　　　　Fax: (705) 689-5329

October 31, 2007

Unitel Intelligence Group Inc.
17 Battery Place, Suite 1226
New York, N.Y.
10004-1101

Attn.: Bill Callahan

Dear Sir:

**Re:   Lori Claymont v. Peter Sabourin**

As per my telephone conversation with you I confirm we attended at 689 Evergreen Trail, Port Sydney, Ontario on October 11, 2007 and found the house to be vacant. The signs advised the house was in the care of AGC Inc.  I confirm upon your contact with AGC Inc. that the home has been taken over by the bank and is no longer owned by Mr. Sabourin.  Your assistant has advised that you no longer require our services at this time as you do not have a current address for Mr. Sabourin.

Enclosed please find all documents as provided for service and our invoice for all services rendered.

If you have any questions or concerns, or if we can by of any assistance in the future, please do not hesitate to contact us.

Yours truly,
COMISSION SERVICE INC.

Debbie Ann Hall
Law Clerk

Encl.