AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99    Lori Claymont v Peter Sabourin et al

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | October 29, 2007 |
| NAME OF SERVER (PRINT) David Land | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Attended residence of Patrick Keaveney at 75 Broadway Ave Unit 807 Tor. ONT at 9:55 pm. No answer to the door or telephone. Documents were left in an envelope taped to door. A second envelope containing the documents were mailed the next business day

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 10kl | Process Server | $40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 29th Oct ee/07    David Land
            Date                Signature of Server

1550 Lawrence Ave. W.
Address of Server   Toronto

AWBillich
.....................
JUSTICE OF THE PEACE
PROVINCE OF ONTARIO    02 NOV 2007

SW BILLICH

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.