December 17, 2007

J. Michael McMahon
Clerk of the Court
United States District Court
S.D.N.Y
500 Pearl Street
New York, NY 10007-1213

      RE: Service on a Foreign Defendant/ **07-civ-8246**

Dear Mr. McMahon:

      As attorneys for the Plaintiff in the above-mentioned docket, we hereby request that you effect service by mail pursuant to F.R.C.P. 4(f)(2)(C)(ii) on the following foreign defendant:

**Mr. Brian Greenspan**
**Attorney for Defendant, Peter Sabourin**
**15 Bedford Road**
**Toronto, Ontario, Canada**
**M5R2J7**

Attached please find a fully paid for FedEx waybill addressed to the recipient. In addition, there are no barriers to service on the above named party as per the Hague Convention, and this method of service is valid in Canada, and complies with F.R.C.P. 4(f)(2)(C).

If you have any questions, please feel free to contact the undersigned.

                        Very truly yours,


                        GREG-PATRIC MARTELLO, ESQ.

GPM/dls

FedEx | Track

## Track Shipments/FedEx Kinko's Orders
### Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 861130358595 | **Reference** | FOR DAVID4108 1 |
| **Signed for by** | .SANDRA | **Destination** | TORONTO, ON |
| **Ship date** | Dec 20, 2007 | **Delivered to** | Receptionist/Front Desk |
| **Delivery date** | Dec 21, 2007 9:53 AM | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |

**Status** Delivered

**Signature image available** Yes

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Dec 21, 2007 | 9:53 AM | Delivered | TORONTO, ON | |
| | 9:22 AM | On FedEx vehicle for delivery | TORONTO, ON | |
| | 8:23 AM | At local FedEx facility | TORONTO, ON | |
| | 7:15 AM | Int'l shipment release | MISSISSAUGA, ON | |
| | 7:15 AM | Int'l shipment release | MISSISSAUGA, ON | |
| | 6:49 AM | At dest sort facility | MISSISSAUGA, ON | |
| | 5:48 AM | Shipment exception | NEWARK, NJ | Delay beyond our control |
| | 3:57 AM | Departed FedEx location | NEWARK, NJ | |
| | 12:24 AM | Arrived at FedEx location | NEWARK, NJ | |
| Dec 20, 2007 | 9:03 PM | Picked up | NEW YORK, NY | |

Signature proof    E-mail results    Track more shipments/orders

Subscribe to tracking updates (optional)

Your Name: |          |          Your E-mail Address: |

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |
| | English | | ☐ |

**Select format:** HTML    Text    Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

Submit



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-1843

Telephone: 901-369-3600

December 24, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **861130358595**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | TORONTO, ON |
| Signed for by: | .SANDRA | Delivery date: | Dec 21, 2007 09:53 |
| Service type: | Priority Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 861130358595 | Ship date: | Dec 20, 2007 |
| | | Weight: | 0.5 lbs. |

Recipient:
TORONTO, ON CA

Shipper:
GARDEN CITY, NY US

Reference

FOR DAVID4108 1

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339