<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK)
                  ) ss:
COUNTY OF NASSAU )

       **DEBORAH SANTORIELLO**, being duly sworn, deposes and says:

       I am not a party to this action, am over eighteen years of age, and reside in Nassau County, New York.

       On January 15, 2008 I served the within ORDER TO SHOW CAUSE via UPS Next Day Air International Express, addressed to each of the following persons at the last known address set forth after each name:

                     George Irwin
                     623 Aspen Road
                     Pickering, Ontario, Canada L1V3T2

                     Peter W.G. Carey
                     390 Bay Street, Suite 3000
                     Toronto, Ontario, Canada M5H2Y2

                     Peter Sabourin
                     689 Evergreen Trail
                     Huntsville, Ontario, Canada

                     Patrick Keaveney
                     75 Broadway Avenue, Suite 807
                     Toronto, Ontario, Canada M4P1V1

                                   *Deborah Santoriello*
                                  **DEBORAH SANTORIELLO**

Sworn to before me on this
15th day of January, 2008

_____
NOTARY PUBLIC

DANIEL R. OLIVIERI
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02OL4793164
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES 9/30, 2009

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 ) ss:
COUNTY OF NASSAU )

**DEBORAH SANTORIELLO**, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age, and reside in Nassau County, New York.

On January 15, 2008 I served the within ORDER TO SHOW CAUSE via UPS Next Day Air International Express, addressed to each of the following persons at the last known address set forth after each name:

> George Irwin
> 623 Aspen Road
> Pickering, Ontario, Canada L1V3T2
>
> Peter W.G. Carey
> 390 Bay Street, Suite 3000
> Toronto, Ontario, Canada M5H2Y2
>
> Peter Sabourin
> 689 Evergreen Trail
> Huntsville, Ontario, Canada
>
> Patrick Keaveney
> 75 Broadway Avenue, Suite 807
> Toronto, Ontario, Canada M4P1V1

*Deborah Santoriello*

**DEBORAH SANTORIELLO**

Sworn to before me on this
15th day of January, 2008

_____
NOTARY PUBLIC

DANIEL R. OLIVIERI
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02OL4793164
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES 9/30, 20__

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 ) ss:
COUNTY OF NASSAU )

**DEBORAH SANTORIELLO**, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen years of age, and reside in Nassau County, New York.

On January 15, 2008 I served the within ORDER TO SHOW CAUSE via UPS Next Day Air International Express, addressed to each of the following persons at the last known address set forth after each name:

> George Irwin
> 623 Aspen Road
> Pickering, Ontario, Canada L1V3T2
>
> Peter W.G. Carey
> 390 Bay Street, Suite 3000
> Toronto, Ontario, Canada M5H2Y2
>
> Peter Sabourin
> 689 Evergreen Trail
> Huntsville, Ontario, Canada
>
> Patrick Keaveney
> 75 Broadway Avenue, Suite 807
> Toronto, Ontario, Canada M4P1V1

*Deborah Santoriello*
**DEBORAH SANTORIELLO**

Sworn to before me on this
15th day of January, 2008

_____
NOTARY PUBLIC

DANIEL R. OLIVIERI
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02OL4793164
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES 9/30, 2009

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK)
                    ) ss:
COUNTY OF NASSAU )

      **DEBORAH SANTORIELLO**, being duly sworn, deposes and says:

      I am not a party to this action, am over eighteen years of age, and reside in Nassau County, New York.

      On January 15, 2008 I served the within ORDER TO SHOW CAUSE via UPS Next Day Air International Express, addressed to each of the following persons at the last known address set forth after each name:

> George Irwin
> 623 Aspen Road
> Pickering, Ontario, Canada L1V3T2
>
> Peter W.G. Carey
> 390 Bay Street, Suite 3000
> Toronto, Ontario, Canada M5H2Y2
>
> Peter Sabourin
> 689 Evergreen Trail
> Huntsville, Ontario, Canada
>
> Patrick Keaveney
> 75 Broadway Avenue, Suite 807
> Toronto, Ontario, Canada M4P1V1

**DEBORAH SANTORIELLO**

Sworn to before me on this
15th day of January, 2008

NOTARY PUBLIC

DANIEL R. OLIVIERI
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02OL4793164
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES 9/30, 20__