# MARTELLO LaMAGNA & OLIVIERI, P.C.

ATTORNEYS AT LAW
666 Old Country Road, Ste. 210, Garden City, New York 11530

Telephone: (516) 228-3338
Telecopier: (516) 228-3339

**Long Island Office:**
Direct all replies & correspondence to Garden City Office

**Manhattan Office:**
350 Broadway, Suite 1207
New York, New York 10013
Telephone (212) 965-1066

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

RECEIVED
CHAMBERS OF
FEB 08 2008
JUDGE SCHEINDLIN

February 8, 2008

VIA FAX (212-805-7920)

Hon. Shira A. Scheindlin, U.S.D.J.
Daniel P. Moynihan U.S. Courthouse
Room 1620
500 Pearl Street
New York, NY 10007-1312

   Re: CLAYMONT v. SABOURIN, IRWIN, KEAVENEY, et al.
     Docket No. 07-CV-8246

Dear Judge Scheindlin:

  I am respectfully requesting an extension of time to bring a default judgment for nonappearance by Mr. Irwin and Mr. Keaveney to February 25, 2008 from February 11, 2008 in the above-referenced matter. I inadvertently miscalendared the date that you assigned me to bring said motion.

  In addition, we will be completing the publication order concerning Mr. Sabourin on or about March 5, 2008. If the Court will allow I respectfully request that any extension for Mr. Irwin or Mr. Keaveney be granted so we can bring one motion before the Court for all of the defendants. As the Court will recall, this is a RICO action which my client suffered a loss of $500,000.00 and we will be seeking statutory damages allowed by the RICO statute which includes attorneys fees. Consequently, if we have to bring two full motions, attorney time will be duplicated.

  Thank you for the courtesies extended in this matter. If the Court needs to speak to me it may reach me at 516-330-3204.

          Very truly yours,

          *Daniel R. Olivieri/ds*

          DANIEL R. OLIVIERI, ESQ.

DRO:ds

*[Handwritten note:] 2 default judgment against all defaulting defendants must be filed no later than March 19, 2008. So Ordered. [signature] USDJ 2/8/08*