## AFFIDAVIT OF PUBLICATION

I, _Lorri Lowe_, am employed by _Metroland North Media_ in the position of _Classified Manager_. I hereby swear that on February 20th, February 27th, and March 5th, 2008, the attached Summons was caused to be Published in the Notices section of the *Huntsville Forester*.

_Lorri Lowe_

Sworn to before me on this
_19th_ day of March, 2008

_Terry E. Finn_
NOTARY PUBLIC

**262** Public Notices  **262** Public Notices  **262** Public Notices  **262** Public Notices  **262** Public Notices

SUMMONS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

LORI CLAYMONT,

                Plaintiff,

-against-

PETER SABOURIN, GEORGE IRWIN, PATRICK KEAVENEY, SABOURIN AND SUN CANADA, INC., 1261746 ONTARIO INC., SABOURIN AND SUN GROUP OF COMPANIES, INC. (SSGC), SABOURIN AND SUN INC., SUNSEEKER GROUP, LTD., A BAHAMAS CORPORATION, SABOURIN AND SUN BBI TRUST, INTERVEST DIRECT INC., and OVERWEIGHTPEOPLE.COM, INC.,

                Defendants.

--------------------------------------------------------------X

DOCKET NUMBER: 07-CV-8246 (SAS)

NATURE OF SUIT: CIVIL R.I.C.O ACTION for Conspiracy to Defraud Investors, Securities Fraud, Fraud, Deceit, and Conversion with damages in favor of Plaintiff against Defendants in the sum of $500,000, trebled, with attorneys' fees, costs, and disbursements with interest from November 4, 2002.

TO:     PETER SABOURIN, SABOURIN AND SUN CANADA, INC.,

        1261746 ONTARIO INC., SABOURIN AND SUN GROUP OF COMPANIES,

        INC. (SSGC), SABOURIN AND SUN INC.,

YOU ARE HEREBY SUMMONED and required to serve upon the Plaintiff's Attorney as set forth below and the Clerk of the Court:

    J. Michael McMahon, Clerk of the Court
    Daniel Patrick Moynihan, U.S. Courthouse
    500 Pearl Street
    New York, NY 10007-1312

An answer to the Summons herewith served upon you by Publication, within thirty (30) days after service of this summons upon you, exclusive of the day of service, if you fail to do so, judgment by default will be taken against you for the relief demanded in the summons and complaint filed herein on September 21, 2007. You must also file an answer with the Clerk of this Court within thirty (30) days after time of service.

NOTICE OF PUBLICATION

TO: PETER SABOURIN, SABOURIN AND SUN CANADA, INC.,

1261746 ONTARIO INC., SABOURIN AND SUN GROUP OF COMPANIES,

INC. (SSGC), SABOURIN AND SUN INC.,

The foregoing summons is served upon you by publication pursuant to an Order of the

Hon. Shira A. Scheindlin, D.C.J. of the United States District Court for the

Southern District of New York, dated January 25, 2008 and filed with the

supporting papers in the office of the Clerk of that Court.

Dated: February 8, 2008

MARTELLO, LaMAGNA, & OLIVIERI, P.C. By: Daniel R. Olivieri, Esq. 666 Old Country Road Suite 210 Garden City, NY 11530, (516) 228-3333