UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORI CLAYMONT,

                Plaintiff,

   -against-

PETER SABOURIN, GEORGE IRWIN,
PATRICK KEAVENEY, SABOURIN
AND SUN CANADA, INC., 1261746
ONTARIO INC., SABOURIN AND SUN
GROUP OF COMPANIES, INC. (SSGC),
SABOURIN AND SUN INC., SUNSEEKER
GROUP, LTD., A BAHAMAS
CORPORATION, SABOURIN AND SUN BBI
TRUST, INTERVEST DIRECT INC., AND
OVERWEIGHT PEOPLE.COM, INC.,

                Defendants.
------------------------------------------------------------X

Docket No.: **07-Civ-8246 (SAS)**

**REQUEST FOR
ENTRY OF DEFAULT**

      The Plaintiff, LORI CLAYMONT, by her attorneys Martello, LaMagna, & Olivieri, P.C., by DANIEL R OLIVIERI, ESQ., who is a member of the Bar of this court, hereby submits this Request For Entry of Default pursuant to the Rules of this Court and the Rules of the Hon. Shira A. Scheindlin, U.S.D.J before whom this matter is being adjudicated.

      This Request is submitted along with a proposed "Clerk's Certificate" for the purposes of obtaining a default judgment against the above-listed Defendants, none of who have appeared in this action.

Dated: Garden City, New York
       March 24, 2008

                                                      **Daniel R. Olivieri, Esq. (DRO9969)**