UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LORI CLAYMONT,

                 Plaintiff,

  -against-

PETER SABOURIN, GEORGE IRWIN,
PATRICK KEAVENEY, SABOURIN
AND SUN CANADA, INC., 1261746
ONTARIO INC., SABOURIN AND SUN
GROUP OF COMPANIES, INC. (SSGC),
SABOURIN AND SUN INC., SUNSEEKER
GROUP, LTD., A BAHAMAS
CORPORATION, SABOURIN AND SUN BBI
TRUST, INTERVEST DIRECT INC., AND
OVERWEIGHT PEOPLE.COM, INC.,

                 Defendants.
------------------------------------------------------------X

Docket No.: **07-Civ-8246 (SAS)**

**CLERK'S CERTIFICATE**

I, **J. MICHAEL MCMAHON**, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on September 21, 2007, with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants, PETER SABOURIN by Publication pursuant to an Order of the Hon. Shira A. Scheindlin, U.S.D.J., dated January 25, 2008, by causing a Summons to be printed in the *Huntsville Forester* on February 20, February 27, and March 5, 2008 and proof of such service was filed on March 20, 2008; GEORGE IRWIN by personal service in hand at his residence located at 623 Aspen Road, Pickering, Ontario, Canada, and proof of such service thereof was filed on January 2, 2008; PATRICK KEAVENEY, by due diligence, nail, mail and file at his residence located at 75 Broadway Avenue, Apt. No. 807, Toronto, Ontario, Canada and proof of such service thereof was filed on January 2, 2008; SABOURIN AND SUN, INC., SABOURIN AND SUN CANADA, INC., 1261746 ONTARIO INC, SABOURIN AND SUN GROUP OF

COMPANIES, INC. (SSGC), SABOURIN AND SUN, BBI TRUST, SUNSEEKER GROUP, LTD., A BAHAMAS CORPORATION, and INTERVEST DIRECT INC., by Publication pursuant to an Order of the Hon. Shira A. Scheindlin, U.S.D.J., dated January 25, 2008, by causing a Summons to be printed in the *Huntsville Forester* on February 20, February 27, and March 5, 2008, and proof of such service was filed on March 20, 2008. The corporate defendants were additionally served through their Officer and Director GEORGE IRWIN, by personal service in hand at his residence located at 623 Aspen Road, Pickering, Ontario, Canada, and proof of such service thereof was filed on January 2, 2008.

I further certify that the docket entries indicate that these defendants have not filed an answer, or otherwise moved with respect to the complaint herein. The default of these defendants is hereby noted.

Dated: New York, New York
       March _____, 2008

                              **J. MICHAEL MCMAHON**
                              Clerk of the Court


                              By: _____
                                    Deputy Clerk