Case 1:07-cv-08246-SAS    Document 20    Filed 04/09/2008    Page 1 of 3 

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LORI CLAYMONT,

          Plaintiff,

  -against-

PETER SABOURIN, GEORGE IRWIN,
PATRICK KEAVENEY, SABOURIN
AND SUN CANADA, INC., 1261746
ONTARIO INC., SABOURIN AND SUN
GROUP OF COMPANIES, INC. (SSGC),
SABOURIN AND SUN INC., SUNSEEKER
GROUP, LTD., A BAHAMAS
CORPORATION, SABOURIN AND SUN BBI
TRUST, INTERVEST DIRECT INC., AND
OVERWEIGHT PEOPLE.COM, INC.,

          Defendants.
-----------------------------------------------------------X

Docket No.: **07-CV-8246 (SAS)**

**DEFAULT JUDGMENT**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08
```

       This action having been commenced on September 21, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, PETER SABOURIN by Publication pursuant to an Order of the Hon. Shira A. Scheindlin, U.S.D.J., dated January 25, 2008, by causing a Summons to be printed in the *Huntsville Forester* on February 20, February 27, and March 5, 2008; an affidavit of publication thereof was filed electronically on March 20, 2008; On, the Defendant GEORGE IRWIN, by personal service in hand at his residence located at 623 Aspen Road, Pickering, Ontario, Canada, and proof of such service thereof was filed on January 2, 2008; On the Defendant, PATRICK KEAVENEY, by due diligence, nail, mail and file at his residence located at 75 Broadway Avenue, Apt. No. 807, Toronto, Ontario, Canada and proof of such service thereof was filed on January 2, 2008; On the Defendants SABOURIN AND SUN, INC., SABOURIN AND SUN CANADA, INC., 1261746 ONTARIO INC, SABOURIN AND SUN

GROUP OF COMPANIES, INC. (SSGC), SABOURIN AND SUN, BBI TRUST, SUNSEEKER GROUP, LTD., A BAHAMAS CORPORATION, and INTERVEST DIRECT INC., by Publication pursuant to an Order of the Hon. Shira A. Scheindlin, U.S.D.J., dated January 25, 2008, by causing a Summons to be printed in the *Huntsville Forester* on February 20, February 27, and March 5, 2008; an affidavit of publication thereof was filed electronically on March 20 2008. In addition, said corporate Defendants were served through their Officer and Director GEORGE IRWIN, by personal service, in hand, at his residence located at 623 Aspen Road, Pickering, Ontario, Canada, and proof of such service thereof was filed on January 2, 2008. The Defendants' have not answered the complaint and the time for the Defendants to answer the complaint has expired; it is therefore

**ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against the Defendants for treble the principal amount of $497,895.97, with interest at 9% from October 8, 2003, amounting to $1,748,507.74, statutory attorneys fees in the amount of $20,550.00, reasonable attorneys fees in the amount of $2,000, for the preparation of this application for default judgment, plus costs and disbursements of this action in the amount of $2,727.68, amounting in all to $1,773,785.42.

Dated: New York, New York
April 6, 2008

_____
Hon. Shira A. Scheindlin, U.S.D.J.

4/9/08

This document was entered on the docket
on _____.

Docket No. 07-CV-8246
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORI CLAYMONT,

                                             Plaintiff,

                    -against-

PETER SABOURIN, GEORGE IRWIN, PATRICK KEAVENEY, SABOURIN AND SUN CANADA, INC., 1261746 ONTARIO INC., SABOURIN AND SUN GROUP OF COMPANIES, INC. (SSGC), SABOURIN AND SUN INC., SUNSEEKER GROUP, LTD., A BAHAMAS CORPORATION, SABOURIN AND SUN BBI TRUST, INTERVEST DIRECT INC., and OVERWEIGHT PEOPLE.COM, INC.,

                                             Defendants.

---

### DEFAULT JUDGMENT

---

### MARTELLO LAMAGNA & OLIVIERI, P.C.

Attorneys for Plaintiff, Lori Claymont

666 Old Country Road, Suite 210
Garden City, NY 11530
(516) 228-3333